UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAJURNIA A. HARRIS,<br><br>   Plaintiff,<br><br>      v.<br><br>SUSIE M. KING, et al.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil No. 24-cv-02324 (APM)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons set forth in the court's Memorandum Opinion, ECF No. 17, the court grants Defendants' Motion to Dismiss, ECF No. 11.

This is a final, appealable order.

Dated: July 25, 2025

                                              Amit P. Mehta
                                              United States District Judge